IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr9

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| LARRY WHITFIELD ) | |
| ) | |

**THIS MATTER** is before the Court upon joint motion of the parties to set a trial date in this case which was continued from the July 2009 trial term in the Charlotte Division. (Doc. No. 27).

Given the expected complexities of the trial, the Court finds that setting a date certain is in the interest of justice.

**IT IS, THEREFORE, ORDERED** that the motion is **GRANTED**, and the proof in this trial will not begin before November 16, 2009. The Court may conduct jury selection in advance of that date, depending on the scheduling of other matters.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, and the United States Marshal.

Signed: July 14, 2009

Robert J. Conrad, Jr.
Chief United States District Judge